THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WENDELL BROWN, Appellant. [890 NYS2d 324]

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility, including its evaluation of inconsistencies in testimony. The fact that the jury

acquitted defendant of a possession count does not warrant a different result (*see People v Rayam,* 94 NY2d 557 [2000]), particularly since that count was based on the testimony of an officer who was not one of the undercover officers who testified about the sale. Concur—Gonzalez, P.J., Tom, Sweeny, Freedman and Abdus-Salaam, JJ.